**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON MARTIN,<br>　　　　Plaintiff,<br>　v.<br>CITY OF LOS ANGELES, et al.,<br>　　　　Defendants. | Case No. CV 19-7741 TJH (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 10, 2019

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE